United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARQUIS RASHAWN DOUGLAS,　　　　　No. C-11-5370 EMC

　　　　　Petitioner,

　　　v.　　　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

VINAL SINGH,

　　　　　Respondent.
_____/

　　　Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Previously, the Court issued an order requiring Respondent to (1) move to dismiss the petition on the ground that it is untimely or (2) inform the Court that Respondent is of the opinion that a motion to dismiss is unwarranted in this case. *See* Docket No. 2 (order). Respondent filed a notice that he is of the opinion that a motion to dismiss for untimeliness is not warranted. *See* Docket Nos. 5-6 (notice). Accordingly, the Court now turns to the issue of whether an answer to the petition is necessary.

　　　The Court has reviewed the petition and concludes that it warrants a response.

　　　Accordingly, IT IS HEREBY ORDERED as follows:

///
///
///
///
///
///

<em>
</em><em>
</em><em>
</em><em>
</em><em>
</em><em>
</em>
<em>
</em><em>
</em><em>
</em><em>
</em>
<em>
</em><em>
</em>
<em>
</em>
<em>
</em>
<em>
</em>
<em>
</em>
<em>
</em>
<em>
</em>
<em>
</em>
<em>
</em>

(1) By **December 26, 2012**, Respondent shall file and serve an answer to the petition, in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

(2) By **January 28, 2012**, Petitioner may serve and file a traverse responding to matters raised in the answer, in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

Dated: October 24, 2012

_____
EDWARD M. CHEN
United States District Judge