UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS RASHAWN DOUGLAS, | No. C-11-5370 EMC |
| Petitioner, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR RESPONDENT'S REQUEST TO STAY ORDER GRANTING WRIT OF HABEAS CORPUS** |
| VINAL SINGH, | |
| Respondent. | |
| | **(Docket No. 20)** |

On May 6, 2013, the Court issued an order granting Petitioner's petition for habeas relief. In the same order, the Court ordered Respondent to reinstate criminal proceedings against Petitioner within sixty days or, if not, to resentence Petitioner in accordance with the order vacating the convictions. *See* Docket No. 18 (Order at 16). Respondent has now filed a motion to stay the Court's order granting the petition pending resolution of its appeal of the case to the Ninth Circuit.

Because Respondent's motion has a time-sensitive component, the Court, in its discretion, modifies the briefing schedule for the motion as follows: (1) Petitioner's opposition shall be filed by June 4, 2013; and (2) Respondent's reply shall be filed by June 10, 2013. Absent further order of the Court, the Court shall rule on the motion without oral argument.

IT IS SO ORDERED.

Dated: May 23, 2013

_____
EDWARD M. CHEN
United States District Judge